```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

YASLANE SOTO,                   :
                                :
    Plaintiff,              :
                                :
    v.                      :       CASE NO. 3:10cv358 (RNC)
                                :
SOCIAL SECURITY                 :
ADMINISTRATION,                 :
                                :
    Defendant.              :

## ORDER

The defendant's answer and the administrative record were filed June 24, 2010. (Doc. #9.) Pursuant to the court's order (doc. #3), the plaintiff's motion for judgment on the administrative record was due July 9, 2010, but the plaintiff has failed to file her motion. The court sua sponte grants the plaintiff an extension of time until September 30, 2010 to file her motion. If the plaintiff fails to file his motion by that date, the undersigned shall recommend that this case be dismissed for failure to prosecute.

SO ORDERED at Hartford, Connecticut this 2nd day of September, 2010.

                                                _____/s/_____
                                              Donna F. Martinez
                                              United States Magistrate Judge